■ In the Matter of SUSAN M. HARRINGTON, an Attorney, Resignor. [782 NYS2d 194]—Voluntary resignation accepted and

name removed from the roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Green, J.P., Pine, Scudder, Gorski and Lawton, JJ.